UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRAVIS HOWARD                                                                                    PLAINTIFF

V.                                      No. 3:20-CV-275-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 16th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE